| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2014 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Boasberg, James E. | 2. Court or Organization U.S. District Court, District of Columbia | 3. Date of Report 08/17/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) District Judge -- Active | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2014 to 12/31/2014 |

**7. Chambers or Office Address**

U.S. Courthouse
333 Constitution Ave. NW
Washington, DC 20001

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Chair | St. Albans School Governing Board |
| 2. | President | Edward Bennett Williams Inn of Court |
| 3. | Trustee | Trust #1 |
| 4. | Director | Lawyers' Club of Washington |
| 5. | Director | Federal Judges Association |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boasberg, James E. | 08/17/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | 2014 | D.C. Superior Court pay restoration | $72,105.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | Alarm.com -- Salary and bonus |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Sidwell Friends School | Tuition | K |
| 2. | St. Albans School | Tuition | K |
| 3. | National Cathedral School | Tuition | K |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boasberg, James E. | 08/17/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. State Street Equity Index Fund - A | | None | L | T | | | | | |
| 2. State Street Equity Index Fund - B | | None | M | T | Buy (add'l) | 09/26/14 | J | | |
| 3. State Street Equity Index Fund - C | | None | M | T | Buy (add'l) | 09/26/14 | J | | |
| 4. | | | | | | | | | |
| 5. Brokerage Account #1 | | | | | | | | | |
| 6. --BRKA/B | | None | M | T | Sold (part) | 01/16/14 | J | D | |
| 7. --CSCO | C | Dividend | L | T | Sold (part) | 1/16/14 | J | A | |
| 8. --INTC | B | Dividend | L | T | | | | | |
| 9. --LLTC | B | Dividend | L | T | | | | | |
| 10. | | | | | | | | | |
| 11. --MSFT | B | Dividend | L | T | Sold (part) | 01/16/14 | J | D | |
| 12. --MCO | A | Dividend | K | T | | | | | |
| 13. --PG | B | Dividend | L | T | | | | | |
| 14. --WAG | B | Dividend | L | T | Sold (part) | 01/16/14 | K | D | |
| 15. --WU | A | Dividend | J | T | | | | | |
| 16. --Fidelity US Treasury Money Market | A | Int./Div. | J | T | | | | | |
| 17. Brokerage Account #2 (IRA) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boasberg, James E. | 08/17/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --CSCO | B | Dividend | L | T | | | | | |
| 19. --JNJ | C | Dividend | M | T | | | | | |
| 20. --LLTC | B | Dividend | L | T | | | | | |
| 21. --MSFT | B | Dividend | L | T | | | | | |
| 22. --PG | B | Dividend | L | T | | | | | |
| 23. --WAG | A | Dividend | L | T | | | | | |
| 24. --WU | A | Dividend | J | T | | | | | |
| 25. --Fidelity Cash/Money Market | A | Int./Div. | K | T | | | | | |
| 26. Brokerage Account #3 (IRA) | | | | | | | | | |
| 27. --BRKA/B | | None | O | T | | | | | |
| 28. --CSCO | B | Dividend | L | T | | | | | |
| 29. --JNJ | C | Dividend | M | T | | | | | |
| 30. --LLTC | C | Dividend | M | T | | | | | |
| 31. --MSFT | B | Dividend | L | T | | | | | |
| 32. --PG | A | Dividend | K | T | | | | | |
| 33. --WAG | A | Dividend | K | T | | | | | |
| 34. --WU | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boasberg, James E. | 08/17/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --Fidelity Cash/Money Market | A | Int./Div. | K | T | | | | | |
| 36. Brokerage Account #4 (Trust) | | | | | | | | | |
| 37. --BRKB | | None | K | T | Sold (part) | 11/07/14 | J | C | |
| 38. --CSCO | A | Dividend | J | T | Sold (part) | 11/07/14 | J | A | |
| 39. --INTC | A | Dividend | J | T | Sold (part) | 03/27/14 | J | A | |
| 40. --JNJ | A | Dividend | K | T | | | | | |
| 41. --LLTC | A | Dividend | K | T | | | | | |
| 42. | | | | | | | | | |
| 43. | | | | | | | | | |
| 44. --MSFT | A | Dividend | K | T | Sold (part) | 11/07/14 | J | B | |
| 45. --MCO | A | Dividend | J | T | Sold (part) | 11/07/14 | J | D | |
| 46. --PG | A | Dividend | J | T | Sold (part) | 11/07/14 | J | C | |
| 47. --WAG | A | Dividend | J | T | Sold (part) | 11/07/14 | J | B | |
| 48. --WU | A | Dividend | | | Sold | 03/27/14 | J | A | |
| 49. --Fidelity Municipal Money Market | A | Int./Div. | K | T | | | | | |
| 50. Brokerage Account #5 (Trust) | | | | | | | | | |
| 51. --BRKB | | None | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boasberg, James E. | 08/17/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --CSCO | A | Dividend | K | T | | | | | |
| 53. --JNJ | A | Dividend | K | T | | | | | |
| 54. --LLTC | A | Dividend | J | T | | | | | |
| 55. --MDT | A | Dividend | J | T | | | | | |
| 56. --MC0 | A | Dividend | K | T | | | | | |
| 57. --PG | A | Dividend | K | T | | | | | |
| 58. --WAG | A | Dividend | K | T | | | | | |
| 59. --MSFT | A | Dividend | K | T | | | | | |
| 60. --Fidelity Municipal Money Market | A | Int./Div. | J | T | | | | | |
| 61. Brokerage Account #6 (Trust) | | | | | | | | | |
| 62. --BRKB | | None | L | T | | | | | |
| 63. --CSCO | A | Dividend | K | T | | | | | |
| 64. --INTC | A | Dividend | K | T | | | | | |
| 65. --JNJ | A | Dividend | K | T | | | | | |
| 66. --LLTC | A | Dividend | J | T | | | | | |
| 67. --MDT | A | Dividend | K | T | | | | | |
| 68. --MSFT | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boasberg, James E. | 08/17/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  --MCO | A | Dividend | K | T | | | | | |
| 70.  --PG | A | Dividend | K | T | | | | | |
| 71.  --WAG | A | Dividend | K | T | | | | | |
| 72. | | | | | | | | | |
| 73.  --Fidelity Municipal Money Market | A | Int./Div. | J | T | | | | | |
| 74.  Brokerage Account #7 (Trust) | | | | | | | | | |
| 75. | | | | | | | | | |
| 76.  --BRKB | | None | K | T | | | | | |
| 77.  --CSCO | A | Dividend | J | T | | | | | |
| 78.  --JNJ | A | Dividend | K | T | | | | | |
| 79.  --LLTC | A | Dividend | J | T | | | | | |
| 80.  --MSFT | A | Dividend | J | T | | | | | |
| 81.  --MCO | A | Dividend | K | T | | | | | |
| 82.  --PG | A | Dividend | K | T | | | | | |
| 83.  --WAG | A | Dividend | J | T | | | | | |
| 84.  --Fidelity Municipal Money Market | A | Int./Div. | J | T | | | | | |
| 85.  Rental Property #1, Washington, DC | C | Rent | O | S | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boasberg, James E. | 08/17/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Wells Fargo Bank | A | Interest | K | T | | | | | |
| 87. Wells Fargo Bank | A | Interest | J | T | | | | | |
| 88. Wells Fargo Bank | A | Interest | J | T | | | | | |
| 89. | | | | | | | | | |
| 90. Note Receivable -- 705 King St. LLC | C | Interest | L | T | | | | | |
| 91. Armstrong Equity Partners | | None | M | U | | | | | |
| 92. DAG, LLC | A | Distribution | J | U | | | | | |
| 93. DAG II, LLC | D | Distribution | K | U | | | | | |
| 94. | | | | | | | | | |
| 95. E. 6th St., LLC | A | Distribution | J | W | | | | | |
| 96. | | | | | | | | | |
| 97. Bedrock Billiards, LLP | A | Distribution | J | W | | | | | |
| 98. Buffalo Billiards, LLP | B | Distribution | J | W | | | | | |
| 99. Carpool, LLP | D | Distribution | K | W | | | | | |
| 100. Buffalo Billiards (TN), LLP | | None | J | W | | | | | |
| 101. Buffalo Billiards (TX), LLP | A | Distribution | J | W | | | | | |
| 102. Alarm.com | | None | O | U | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boasberg, James E. | 08/17/2015 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Brokerage Account #2 (cont.) | | | | | | | | | |
| 104. --INTC | B | Dividend | K | T | | | | | |
| 105. Brokerage Account #8 | | | | | | | | | |
| 106. --KKD | | None | J | T | | | | | |
| 107. -- ETrade bank Money Market | A | Int./Div. | J | T | | | | | |
| 108. Brokerage Account #9 | | | | | | | | | |
| 109. --LOW | A | Dividend | J | T | | | | | |
| 110. --Etrade Bank Money Market | A | Int./Div. | J | T | | | | | |
| 111. Brokerage Account #10 | | | | | | | | | |
| 112. --LOW | A | Dividend | J | T | | | | | |
| 113. --Etrade Bank Money Market | A | Int./Div. | J | T | | | | | |
| 114. T. Rowe Price Cap. Appr. Fund | | None | K | T | | | | | |
| 115. Vanguard Growth & Income Fund | | None | K | T | | | | | |
| 116. T. Rowe Price Sci & Tech Fund | | None | L | T | | | | | |
| 117. | | | | | | | | | |
| 118. Brokerage Account #11 (Trust) | | | | | | | | | |
| 119. --CSCO | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boasberg, James E. | 08/17/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  --MSFT | B | Dividend | L | T | | | | | |
| 121.  --MCO | A | Dividend | K | T | | | | | |
| 122.  --BRKB | | None | M | T | | | | | |
| 123.  --WU | A | Dividend | J | T | | | | | |
| 124.  --MDT | A | Dividend | K | T | | | | | |
| 125.  --JNJ | B | Dividend | L | T | | | | | |
| 126.  --WAG | A | Dividend | K | T | | | | | |
| 127.  --LLTC | B | Dividend | L | T | | | | | |
| 128.  --Schwab Money Market Fund | A | Int./Div. | L | T | | | | | |
| 129.  Brokerage Account #8 (cont.) | | | | | | | | | |
| 130.  --AAPL | A | Dividend | J | T | Buy | 04/28/14 | J | | |
| 131.  --CRM | | None | J | T | Buy | 06/25/14 | J | | |
| 132.  Brokerage Account #9 (cont.) | | | | | | | | | |
| 133.  --AAPL | A | Dividend | J | T | Buy | 04/28/14 | J | | |
| 134.  --CRM | | None | J | T | Buy | 06/25/14 | J | | |
| 135.  Brokerage Account #10 (cont.) | | | | | | | | | |
| 136.  --AAPL | A | Dividend | J | T | Buy | 04/28/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boasberg, James E. | 08/17/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. --CRM | | None | J | T | Buy | 06/25/14 | J | | |
| 138. Brokerage Account #12 | | | | | | | | | |
| 139. --ARTIX | A | Dividend | K | T | Buy | 10/16/14 | K | | |
| 140. --CSRSX | A | Dividend | K | T | Buy | 10/16/14 | K | | |
| 141. --DISVX | | None | K | T | Buy | 10/16/14 | K | | |
| 142. --DFREX | A | Dividend | K | T | Buy | 10/16/14 | K | | |
| 143. --DFLVX | A | Dividend | L | T | Buy | 10/16/14 | L | | |
| 144. --DFUSX | A | Dividend | L | T | Buy | 10/16/14 | L | | |
| 145. --DFFVX | A | Dividend | L | T | Buy | 10/16/14 | L | | |
| 146. --HAINX | A | Dividend | K | T | Buy | 10/16/14 | K | | |
| 147. --PCRIX | | None | J | T | Buy | 10/16/14 | J | | |
| 148. --PFORX | B | Dividend | K | T | Buy | 10/16/14 | K | | |
| 149. --LTMIX | A | Dividend | L | T | Buy | 10/16/14 | L | | |
| 150. --Schwab Money Market Fund | A | Int./Div. | J | T | | | | | |
| 151. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boasberg, James E. | 08/17/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The rental property listed in Part VII, line 85, has an assessed value of $2.98 million. I own 25%.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ James E. Boasberg**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544